# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 97-30531
_____

## In The Matter of: MALCOLM HENRY HAVARD

Debtor.

## CTHH ENTERPRISES, INC.,

Appellant,

versus

## TED BRETT BRUNSON, Chapter 7 Trustee;
## FARM CREDIT BANK OF TEXAS

Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana, Alexandria
(96-CV-2634)

_____
February 6, 1998
Before BARKSDALE, BENAVIDES, and DENNIS, Circuit Judges:

PER CURIAM:[*]

AFFIRMED. See Local Rule 47.6.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.